1 JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2
BRIAN J. STRETCH (CASBN 163973)
3 Chief, Criminal Division

4 STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

5
    150 South Almaden Boulevard, Suite 900
6    San Jose, California 95113
    Telephone: (408) 535-5080
7    Facsimile: (408) 535-5066
    steven.seitz@usdoj.gov

8
Attorneys for the United States,
9

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
UNITED STATES OF AMERICA,            )    No. CR 09-00950 JW
14                                   )
                   Plaintiff,        )
15                                   )    STIPULATION AND [PROPOSED]
   vs.                               )    ORDER CONTINUING HEARING
16                                   )
                                     )
17 SANTIAGO REYNA,                   )
                                     )
                   Defendant.        )
18 _____    )

19

20                          **STIPULATION**

21        The parties, by and through their respective counsel, hereby stipulate and agree that the

22 status hearing currently set for Monday, November 30, 2009, shall be continued to Monday,

23 December 21, 2009, at 1:30 p.m., before the Honorable James Ware, United States District

24 Judge.  The reason for the requested continuance is defense preparation and unavailability of

25 government counsel.

26

1    The parties further stipulate and agree that the time until December 21, 2009, shall be

2  excluded from the time within which trial shall commence, as reasonable time necessary for

3  effective preparation of counsel, taking into account the exercise of due diligence, pursuant to

4  Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

5

6
    Dated: December 21, 2009
7
                                          s/_____
8                                         LARA VINNARD
                                          Counsel for Mr. Santiago Reyna
9
    Dated: December 21, 2009
10
                                          s/_____
11                                        STEVEN E. SEITZ
                                          Special Assistant United States Attorney
12

13                              [PROPOSED] ORDER

14    Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

15  hearing of November 30, 2009 shall be continued to December 21, 2009 at 1:30 p.m.

16    It is further ordered that the time until December 21, 2009 shall be excluded from the

17  time within which trial shall commence under the Speedy Trial Act, as the reasonable time

18  necessary for effective preparation and continuity of counsel, taking into account the exercise of

19  due diligence, pursuant to Title 18, United States Code Section 3161(h)(8)(A) and (h)(8)(B)(iv).

20

21  Dated: November __23__, 2009

22                                        _____
                                          JAMES WARE
                                          United States District Judge
23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00950 JW                      2